**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSLVANIA**

| | |
|---|---|
| In re: | Case No. 16-24108-GLT |
| JANICE K. DRZIK and DANIEL E. DRZIK, | Chapter 13 |
| Debtors. | |
| | Doc. No. ____ |

**NOTICE OF CHANGES OF ADDRESSES**

(1) Undeliverable Address:

**Duquesne Light Company**
Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Duquesne Light Company
411 Seventh Avenue (16-1)
Pittsburgh, PA 15219

(2) Undeliverable Address:

**EQUICREDIT CORPORATION OF AMERICA**
Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

EQUICREDIT CORPORATION OF AMERICA
10401 Deerwood Park Boulevard
Jacksonville, FL 32256

Dated: June 2, 2017                             Respectfully submitted:

   /s/ Aurelius Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO LAW, PLLC
Three Gateway Center
401 Liberty Avenue, Suite 1306
Pittsburgh, PA 15222
Tel:    (412) 925-8194
Fax:    (412) 346-1035
apr@robletolaw.com