**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

JANICE K. DZRIK,
DANIEL E. DZRIK,

    Debtors.

------------------------------------------------

DANIEL E. DZRIK,

    Movant,

        v.

No Respondents.

Bankruptcy No. 16-24108-GLT

Chapter 13

Related to Doc.  43

Document No. _____

**CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

    I certify under penalty of perjury that I served the above captioned pleading on the party at the address specified below or on the attached list on June 7, 2017.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was first-class mail.

EXECUTED ON: June 7, 2017

Respectfully submitted:

  /s/ Aurelius Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO LAW, PLLC
Three Gateway Center
401 Liberty Avenue, Suite 1306
Pittsburgh, PA 15222
Tel: (412) 925-8194
Fax: (412) 346-1035
apr@robletolaw.com

**PAWB Local Form 25 (07/13)**

**<u>Service by first-class mail:</u>**

TETRA TECH INC.
Shared Services Payroll
3475 E. Foothill Blvd.
Pasadena, CA 91107

**PAWB Local Form 25 (07/13)**