Case 16-24108-GLT    Doc 47    Filed 06/09/17    Entered 06/10/17 01:03:20    FILED
Certificate of Notice    Page 1 of 3                                              6/7/17 9:58 am
                                                                                  Desc Imaged
                                                                                  CLERK
                                                                                  U.S. BANKRUPTCY
                                                                                  COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>JANICE J. DRZIK,<br>DANIEL E. DRZIK,<br><br>    Debtors.<br>-----------------------------------------------,<br>DANIEL E. DRZIK,<br><br>    Movant,<br><br>    v.<br><br>TETRA TECH, INC,<br><br>    Respondent. | Case No. 16-24108-GLT<br><br>Chapter 13<br><br>Motion No. ☑ WO-1<br>Motion No. ☐ WO-2<br><br>Related to Docket No. 42 |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

    The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan:
    IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:

    TETRA TECH INC.
    Shared Services Payroll
    3475 E. Foothill Blvd.
    Pasadena, CA 91107

shall deduct from that income the sum of $825.00 bi-monthly, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

    Ronda J. Winnecour, Trustee
    P.O. Box 84051
    Chicago IL  60689-4002

    IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.
    IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's full Social Security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.
    IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.

PAWB Local Form 11 (07/13)

   IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.
   IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.
   IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

DATED this 7th Day of June, 2018

_____
United States Bankruptcy Judge   drb

   IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

Case Administrator to Serve: Debtor, Counsel for Debtor and Chapter 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Janice K Drzik  
Daniel E Drzik  
    Debtors

Case No. 16-24108-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 1     Date Rcvd: Jun 07, 2017  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2017.  
db/jdb         Janice K Drzik,    Daniel E Drzik,    2912 Crosby Ave,    Pittsburgh, PA   15216-1908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2017 at the address(es) listed below:  
         Aurelius P. Robleto    on behalf of Debtor Janice K Drzik apr@robletolaw.com,   rmk@robletolaw.com,   mdg@robletolaw.com,apr@ecf.courtdrive.com  
         Aurelius P. Robleto    on behalf of Joint Debtor Daniel E Drzik apr@robletolaw.com,   rmk@robletolaw.com,mdg@robletolaw.com,apr@ecf.courtdrive.com  
         James Warmbrodt     on behalf of Creditor    EQUICREDIT CORPORATION OF AMERICA   bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt     on behalf of Creditor    Borough of Dormont jhunt@grblaw.com,   cnoroski@grblaw.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                    TOTAL: 7