## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In re:

                              Case No. 16-24108-GLT

JANICE K. DRZIK and
DANIEL E. DRZIK,                    Chapter 13

    Debtors.                    Related to Doc. No.   45, 46

-------------------------------------------------

JANICE K. DRZIK and             Doc. No. ____
DANIEL E. DRZIK,

    Movants,

        v.

MIDLAND FUNDING, LLC,

    Respondent.

### CERTIFICATE OF NO OBJECTION TO
### DEBTOR'S MOTION TO AVOID LIEN

    I certify that, as of the date hereof, I have not received an answer, objection or other responsive pleading to the Debtor's Motion to Avoid Lien (the "Motion").

    The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading appears thereon.  Pursuant to the Notice of Hearing and Response Deadline Regarding Motion to Avoid Lien [doc. no. 45], responses to the Motion were due by June 26, 2017.

    The undersigned respectfully requests that this Court enter the proposed order attached to the Motion.

EXECUTED ON:  July 10, 2017          Respectfully submitted,

                                 /s/ Aurelius Robleto
                              Aurelius Robleto
                              Pa. ID No. 94633
                              ROBLETO LAW, PLLC
                              Three Gateway Center

401 Liberty Avenue, Suite 1306
Pittsburgh, PA 15222
(412) 925-8194
(412) 346-1035
apr@robletolaw.com