FILED
7/11/17 9:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

JANICE K. DRZIK and
DANIEL E. DRZIK,

    Debtors.

-----------------------------------------------

JANICE K. DRZIK and
DANIEL E. DRZIK,

    Movants,

    v.

MIDLAND FUNDING, LLC,

    Respondent.

Case No. 16-24108-GLT

Chapter 13

Related to Doc. No. 45

## ORDER DETERMINING LIENS AVOIDED

Upon consideration of the Debtors' Motion (the "Motion") to avoid the non-consensual lien of Midland Funding, LLC ("Midland"), and notice appearing appropriate and good cause appearing to grant the Motion, it is hereby

ORDERED that the Motion is GRANTED in its entirety; and it is further

ORDERED that the non-consensual judgment lien of Midland, upon the Debtors' real property at 2912 Crosby Avenue in Pittsburgh, Pennsylvania 15216 is hereby AVOIDED; and it is further

ORDERED that this Court shall retain jurisdiction over the interpretation and enforcement of this Orders

Order submitted by:
Aurelius Robleto

Dated: July 11, 2017

                        _____
                        GREGORY L. TADDONIO
                        UNITED STATES BANKRUPTCY JUDGE

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-24108-GLT
Janice K Drzik                                                        Chapter 13
Daniel E Drzik
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz          Page 1 of 1          Date Rcvd: Jul 11, 2017
                              Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2017.
db/jdb         Janice K Drzik,   Daniel E Drzik,   2912 Crosby Ave,   Pittsburgh, PA   15216-1908
14373735      +MIDLAND FUNDING LLC,    PO Box 2011,   Warren, MI 48090-2011
14316635       Midland Funding,   2365 Northside Dr Ste 30,   San Diego, CA   92108-2709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2017 at the address(es) listed below:
              Aurelius P. Robleto    on behalf of Debtor Janice K Drzik apr@robletolaw.com,   rmk@robletolaw.com,
               mdg@robletolaw.com,apr@ecf.courtdrive.com
              Aurelius P. Robleto    on behalf of Joint Debtor Daniel E Drzik apr@robletolaw.com,
               rmk@robletolaw.com,mdg@robletolaw.com,apr@ecf.courtdrive.com
              James Warmbrodt     on behalf of Creditor    EQUICREDIT CORPORATION OF AMERICA
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Dormont jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
               inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7