## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JANICE K DRZIK
DANIEL E DRZIK
      Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,
      Movant

      vs.

EQUICREDIT CORP

      Respondents

Case No. 16-24108GLT

Chapter 13

Document No __

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE ARR. to be issued in this case and relating to Debtor's account number 7368.

Regular mortgage payments are currently being directed to the following creditor at the following address:

    EQUICREDIT CORP
    C/O SELECT PORTFOLIO SVCNG*
    POB 65450*
    SALT LAKE CITY,UT 84165

Movant has been requested to send payments to:
    BSI FINANCIAL SERVICES
    PO BOX 679002
    TITUSVILLE, PA 13654

    7368

The Chapter 13 Trustee's CID Records of EQUICREDIT CORP have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 11/14/2017.

|  |  |  |
|---|---|---|
| cc: | Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
JANICE K DRZIK, DANIEL E DRZIK,
2912 CROSBY AVE, PITTSBURGH, PA
15216-1908

DEBTOR'S COUNSEL:
AURELIUS P ROBLETO ESQ,
ROBLETO LAW PLLC, THREE
GATEWAY CENTER, 401 LIBERTY AVE
STE 1306, PITTSBURGH, PA  15222

ORIGINAL CREDITOR:
EQUICREDIT CORP, C/O SELECT
PORTFOLIO SVCNG*, POB 65450*,
SALT LAKE CITY, UT  84165

:
SELECT PORTFOLIO SERVICING**,
BANKRUPTCY NOTICES**, POB
65250, SALT LAKE CITY, UT  84165

ORIGINAL CREDITOR'S COUNSEL:
JAMES C WARMBRODT ESQ, KML
LAW GROUP PC, 701 MARKET ST STE
5000, PHILADELPHIA, PA  19106

NEW CREDITOR:
BSI FINANCIAL SERVICES
PO BOX 679002
TITUSVILLE, PA 13654