**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>JANICE K. DZRIK and<br>DANIEL E. DZRIK,<br>    Debtors.<br>-----------------------------------------------<br>DANIEL E. DZRIK,<br>    Movant,<br>           v.<br>No Respondents. | Bankruptcy No. 16-24108-GLT<br><br>Chapter 13<br><br>Related to Doc.  66<br><br>Document No.  68 |

**CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION TO**
**TERMINATE WAGE ATTACHMENT AND NOTICE OF SOCIAL SECURITY NUMBER**

     I certify under penalty of perjury that I served the above captioned pleading on the party at the address specified below or on the attached list on December 14, 2021.

     The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was first-class mail.

EXECUTED ON: December 14, 2021
                                                                 Respectfully submitted:

                                                                /s/ Aurelius Robleto
                                                              Aurelius Robleto
                                                              PA ID No. 94633
                                                              ROBLETO KURUCE, PLLC
                                                              6101 Penn Ave., Ste. 201
                                                              Pittsburgh, PA 15206
                                                              Tel:  (412) 925-8194
                                                              Fax:  (412) 346-1035
                                                              apr@robletolaw.com

**Service by first-class mail:**

TETRA TECH INC.
Shared Services Payroll
3475 E. Foothill Blvd.
Pasadena, CA 91107