**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re: | ) Case No.: 2:16-bk-24108-GLT |
| | ) |
| **JANICE K. DRZIK** | ) Chapter 13 |
| **DANIEL E. DRZIK,** | ) |
| | ) |
| Debtors. | ) **REQUEST FOR NOTICE** |
| | ) |

**REQUEST OF SN SERVICING FOR SERVICE**
**OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO:     **UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL**
        **INTERESTED PARTIES**

        **PLEASE TAKE NOTICE** that **SN SERVICING CORPORATION, AS SERVICER**

**FOR U.S. BANK TRUST, N.A., AS TRUSTEE OF THE LODGE SERIES III TRUST**

("SNSC"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all

events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings

or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the

commencement of any adversary proceedings, the filing of any requests for hearing, objections,

and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which

must be noticed to creditors, creditors' committees and parties-in-interest and other notices as

required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-

referenced bankruptcy court.

1      SNSC requests that for all notice purposes and for inclusion in the Master Mailing List in

2 this case, the following address be used:

3

4      **PHYSICAL ADDRESS:**      **EMAIL ADDRESS:**

5      SN Servicing Corporation      BKNotices@snsc.com
      323 5th Street

6      Eureka, CA 95501

7

8

9 Dated:  December 16, 2021      By: /s/ Kathy Watson
      Kathy Watson

10      c/o SN Servicing Corporation
      Bankruptcy Asset Manager

11      323 5th Street
      Eureka, CA 95501

12      Telephone: 800-603-0836
      Email: BKNotices@snservicing.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:16-bk-24108-GLT |
| | Chapter 13 |
| **JANICE K. DRZIK** | |
| **DANIEL E. DRZIK,** | **CERTIFICATE OF SERVICE** |
| Debtors. | |

## <u>CERTIFICATE OF SERVICE</u>

I am employed in the County of Miami-Dade, State of Florida.  I am over the age of eighteen and not a party to the within action.  My business address is: 1031 North Miami Beach Blvd., North Miami Beach, FL 33162.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On December 16, 2021 I served the following documents described as:

- **REQUEST FOR NOTICE**

on the interested parties in this action by  placing a true and correct copy thereof in a sealed

envelope addressed as follows:

(Via United States Mail)


*Debtor*
**Janice K Drzik**
2912 Crosby Ave
Pittsburgh, PA 15216-1908

*Joint Debtor*
**Daniel E Drzik**
2912 Crosby Ave
Pittsburgh, PA 15216-1908

*Debtor's Counsel*
**Aurelius P. Robleto, Esq.**
6101 Penn Avenue, Suite 201
Suite 1306
Pittsburgh, PA 15206

*Trustee*
**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

*U.S. Trustee*
**Office of the United States Trustee**
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service  by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx___(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 16, 2021 at North Miami Beach, Florida

_/s/ Ricardo Becker_
Ricardo Becker